

**MEMORANDUM
TO DOUGLAS C. PALMER
U.S. DISTRICT COURT CLERK**

          Re:    **PERKO, Michael
                  SDNY Docket # 13-CR-600
                  Request for Judicial Assignment
                  and Consolidation**

Reference is made to Michael Perko, who was sentenced in the Southern District of New York on October 9, 2015, by the Honorable Edgardo Ramos, U.S. District Court Judge, following a plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess Marijuana, a Class C felony. Perko was sentenced to time served, followed by three (3) years of supervised, a $100 special assessment fee, with the following special conditions: 1) Substance abuse treatment; 2) Mental health treatment; and 3) Search condition. On June 30, 2016, Perko's term of supervision was revoked following a plea of guilty a violation of supervised release for committing new criminal conduct. Perko was sentenced on the violation to two (2) years' imprisonment followed by two (2) years' supervised release, with the following special conditions: 1) Substance abuse treatment; 2) Mental health treatment; and 3) Search condition.

While serving the aforementioned term of incarceration, Perko was convicted in the Eastern District of New York (EDNY) of 18 U.S.C. § 876(c), Mailing Threatening Communications, a Class D felony. He was sentenced on December 14, 2018, by the Honorable Frederick Block, U.S. District Judge to time served to be followed by two (2) years of supervised release to run concurrently with the term of supervised release imposed by Judge Ramos in the Southern District of New York (13-CR-600), with the following special conditions: 1) Substance abuse treatment; 2) Mental health treatment; and 3) Domestic violence treatment.

On May 1, 2019, a violation of supervised release report was submitted to Judge Block and remains pending at this time.

Perko commenced his term of supervised release on December 14, 2018. On April 26, 2019, the Probation Department in EDNY requested that the Southern District of New York notify the Court of Perko's noncompliance and initiate Transfer of Jurisdiction. On August 7, 2019, the Honorable Edgardo Ramos, U.S. District Court Judge for the Southern District of New York elected to relinquish jurisdiction to the Eastern District of New York. Enclosed, please find Probation Form 22, Transfer of Jurisdiction, duly executed by Judge Ramos.

**RE:  PERKO, Michael**
**SDNY Docket # 13-CR-600**

Predicated on the foregoing, we respectfully request that Perko's cases be consolidated into one proceeding to be presided over by Judge Block. If Judge Block concurs with this request, please forward the executed forms to this office.

                              Respectfully Submitted:

                              Vita Quartara
                              Acting Chief U.S. Probation Officer

Prepared by: _____
                 Kristen A. Aliperti
                 U.S. Probation Officer

Approved by: _____
                 Lori M. Jones
                 Supervisory U.S. Probation Officer

August 9, 2019

Encl.